UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOSE IRAHETA | * | CASE NO. 5:17-cv-1363 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, PENTAGON FEDERAL CREDIT UNION, and NAVY FEDERAL CREDIT UNION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant, Experian Information Solutions, Inc.'s motion to dismiss (doc. #45) is hereby DENIED AS MOOT.

Shreveport, Louisiana, this 25th day of January, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE